# Exhibit E

Literature and Instructions for
ABH "6900 Series Hospital Latches"

# 69000 Series**
## •Push/Pull Trim



## 69000 Series Hospital Latches

The 69000 series hospital latch provides a high degree of safety, functionality, and an aesthetically pleasing design for any healthcare or learning environment. From the basic patient room to the rugged demands of a behavioral health center requiring ligature resistant functionality, ABH's 69000 series is built to provide a strong and sleek solution that satisfies the needs of any push/pull application.

- Non-handed
- Ligature resistant design
- Available in a full range of BHMA finishes
- Variety of engraving options available
- Great for new or exisiting construction
- Anti-microbial coating finish available





### 69600 Trim with ABH Mortise Lock
- Standard mortise prep
- Field changeable mounting positions
- ANSI/Grade 1 mortise lock provided with unit
- UL Listed

### 69700 Trim Only for Mortise Lock
- 69700 trim can be used with any other manufacturer's mortise lock
- Mortise lock NOT provided with trim
- UL Listed
- Field changeable mounting positions

### 69800 Cylindrical Hospital Latch
- 2-3/4", 3-3/4", 5" or 7" backset offered standard
- UL Listed
- Field changeable mounting positions

### Applications
- Assisted Living, Behavioral Health, Hospitals, Psychiatric Facilities, and Schools

| ABH | To Be Used With Other Manufacturer's Locks |
|---|---|
| 69710 | Best*, Falcon*, Marks*, Dorma* |
| 69720 | Schlage* |
| 69730 | Yale* |
| 69740 | Corbin Russwin* |
| 69750 | Sargent* |
| 69760 | PDQ* |

| Cross Reference | |
|---|---|
| ABH | Sargent* |
| 69000 | ALP* |

*Brand names are trademarks or registered trademarks of their respective companies.

** Patent Pending

Innovation, Quality, Customer Service . . .  Makes Life Simple

Tel (630) 875-9900  •  Fax (800) 932-9224  •  www.abhmfg.com  •  abhinfo@abhmfg.com




Proudly Made in USA

# 69600 SERIES
## INSTALLATION FOR MORTISE LOCK TRIM



| ITEM | QTY | DESCRIPTION |
|---|---|---|
| 1 | 1 | FACE-PLATE, MORTISE LOCK |
| 2 | 1 | MORTISE LOCK BODY |
| 3 | 2 | COVER |
| 4 | 2 | SEX BOLT |
| 5 | 2 | BASE ASSEMBLY, 69600 |
| 6 | 4 | 8-32 X 3/8" FHMS U/C |
| 7 | 4 | 6-32 X 3/8" SHCS |
| 8 | 2 | 10-32 X 3/4" FHMS |
| 9 | 2 | 12-24 X 3/4" FH COMBO SCREW |
| 10 | 2 | 8-32 X 1/4" FHMS |
| 11 | 1 | HANDLE ASSEMBLY, PUSH |
| 12 | 1 | HANDLE ASSEMBLY, PULL |
| 13 | 2 | STOP PIN |

DETAIL "A"

NOTE: BEFORE MOUNTING BASE ASSEMBLIES, CAM MUST BE ROTATED AS PER DRAWING SHOWN IN DETAIL "A".

NOTES
1. Trim can be mounted up, down, horizontally or in any combinations
2. Use ABH Mortise Lock Door Prep Template
3. Mortise Lock Cylinder not provided.

INSTALLATION INSTRUCTIONS
1. Install mortise lock body (Item 2) using (2) flat head combination screws (Item 9). Mount mortise lock face plate (Item 1) using (2) flat head machine screws (Item 10).
2. Determine if pull trim is to be mounted vertical or horizontal. Place pull side assembly on pull side of door and rotate cam as per Detail A, shown above. Insert (2) sex bolts (Item 4) into base assembly (Item 5) through the mortise lock body to match holes on door face and mount on pull side of door.
3. Determine if push trim is to be mounted vertical or horizontal. Place push base assembly (Item 5) on push side of door and rotate cam as per Detail A, shown above. On the push side base assembly, place the (2) flat head screws (Item 8) to match the holes on the door face and fasten to the sex bolts (Item 4) from the pull side base assembly. **Test that the cams** rotate freely on both sides of the door after tightening the screws.
4. Fasten (1) socket cap screw (Item 7) on one side of the pull handle assembly (Item 12). Then insert the fastened socket cap screw and pull handle assembly into position into pull base assembly and fasten other socket cap screw to fully secure handle assembly. Insert (1) stop pin (Item 13) through the base assembly on the **opposite side** of the direction the pull handle assembly is pointing. (See above diagram which illustrates proper location for stop pin given the pull handle mounting shown.) **Test pull handle for proper operation to be sure stop pin was installed in appropriate base assembly hole.** Note: If the base assembly is mounted vertical, then the handle must be mounted pointing toward the hinge side.
5. Repeat above Step #4 on the push side of the door for the push handle assembly (Item 11). Insert (1) stop pin (Item 13) through the push base assembly on the **same side** of the direction the push handle assembly is pointing. (See above diagram which illustrates proper location for stop pin given the push handle mounting shown.) **Test push handle for proper operation to be sure stop pin was installed in appropriate base assembly hole.** Note: If the base assembly is mounted vertical, then the handle must be mounted pointing toward the hinge side.
6. Place covers (Item 3) over handles and fasten each side with (2) flat head screws (Item 6).



® www.abhmfg.com
E-mail: abhinfo@abhmfg.com
Architectural Builders Hardware Mfg., Inc.
1222 Ardmore Ave., Itasca, IL 60143
630.875.9900; FAX 800.9FAXABH (932.9224)

© 2011 ABH Mfg., Inc.
printed in USA

69600-01.IDW

**69600**

ISSUED 11-09-11